IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EUGENE FLETCHER, ET AL.                                                                PLAINTIFFS

v.                                      CASE NO.  5:09CV00030 BSM

UNION PACIFIC RAILROAD COMPANY                                              DEFENDANT

## **ORDER**

Pending before the court is defendant's motion to dismiss.  Defendant states that plaintiffs failed to properly serve defendant.  Plaintiffs have responded and state that they have cured the improper service by serving the correct agent for service.

Accordingly, the motion to dismiss [Doc. No. 6] is denied as moot.

IT IS SO ORDERED this 11th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE