**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EUGENE J. FLETCHER,
ROBERT DAVIS and LONNIE HUGHES**                      **PLAINTIFF**

vs.                Case. No. 5:09-CV-030 BSM

**UNION PACIFIC RAILROAD COMPANY**                  **DEFENDANT**

### ORDER

Upon the joint motion of defendant Union Pacific Railroad Company ("Union Pacific") and plaintiffs, Eugene J. Fletcher, Robert Davis and Lonnie Hughes (Doc. No. 48), this case is dismissed with prejudice and the parties will bear their own costs.

IT IS SO ORDERED this 12th day of May, 2010.

                                             _____
                                             UNITED STATES DISTRICT JUDGE